Baker v. Sellman, et ................19046
Buell et v. N. Y. Cent. R. Co.........19042
Central Stor. Co. v. Pickering.........19049
Corlett v. Pearson....................19050
Devou v. Fourth & Cent. Tr. Co.......19047
Fidelity & Cas. Co. v. Dorman.........19048
Guardianship, In re...................19041
Hayes et v. Taylor....................19051
Kimpel v. Cleve. Worsted Mills Co.....19053
Mayers v. Lambert ....................19038
Potter v. Comm. of Wood Co..........19054
Schneider v. Kough ...................19044
State ex. v. Hutsinpiller ..............19039
State ex. v. Clinton School Dis.........19044
Tatman v. Snyder ....................19040
Wegman v. Wegman ..................19052
Whitlock v. Matson ...................19055
Hass v. Hass ........................19041

### MARCH 25, 1925.

19038—A. J. Mayers, Adm. Freeman Corel, v. Edith Lambert. Motion to certify; Trumbull Appeals. John J. Boyle, Youngstown, for pltf.; J. G. Hartwell, Youngstown, for deft.

19030—State ex F E Cherrington, Pros Atty v. John C Hutsinpiller; In Quo Warranto. F. E. Cherrington and H. W. Cherrington, Gallipolis, for pltf; R. M. Switzer and Hollis C. Johnson, Gallipolis, for deft.

19040—William C. Tatman v. John Snyder; Motion to certify; Hamilton Appeals. Ireton & Schoenle, Cincinnati, for pltf; Wm. R. Collins, Cincinnati, for deft.

19041—Wigant Haas Sr. v. Halie Haas, in re Guardianship. Motion to certify; Wood Appeals. Benj. F. James Bowling Green, for pltf; S. N. Bowman, Bowling Green, for deft. OA 3 Abs 180.

19042—Mae Post Buell, Adm Bernard B. Buell, v. N. Y. Cent. R. Co. Motion to certify; Erie Appeals. John F. McCrystal, Sandusky, and Payer, Winch, Minshall & Karch, Cleveland for pltf; King, Ramsey, Flynn & Pyle, Sandusky, for deft.

### MARCH 26, 1925.

19043—State of Ohio ex In. Com Retirement Board. v. Clinton Rural School District Knox Co et. In Mandamus. C. C. Crabbe, Atty. Genl., W. E. Benoy and H. D. Mills, Columbus, for pltfs.

19044—John Schneider v. Charles Kough. Motion to certify; Cuyahoga Appeals. Calfee, Fogg & White, Cleveland, and A. O. Dickey, Cleveland, for pltf; S. V. McMahon and F. W. Zimmerman, Cleveland, for deft.

19045—Adam Fouchs et al v. Charles Riedel. Motion to certify, Crawford Appeals. Wm. J. Schwenck, Benjamin Meck, Bucyrus, attys. for pltf; Gallinger & McCann, Bucyrus, attys. for deft.

### MARCH 28, 1925.

19046—O. W. Baker, v. Mrs. Edward Sellman, Daisy V. Marker Adm de bonis, V. S.

Marker. Motion to certify; Darke Appeals. John F. Maher, Greenville, for pltf; S. E. Mote and John Hankins, Greenville, and J. A. Kerr, Tippecanoe City, for defts.

### MARCH 30, 1925.

19047—William P. Devou v. Fourth & Central Trust Co. Adm of David McLaren; Motion to certify; Hamilton Appeals. Jackson & Woodward, Cincinnati, for pltf; Nichols, Morrill, Stewart & Ginter, Cincinnati, for deft.

19048—Fidelity & Casualty Co of New York, v. Leroy Dorman and Arthur P Andrews; Motion to certify; Cuyahoga Appeals. Howell, Roberts & Duncan, Cleveland, for plft; Hagelbarger, Moore & Kelley and Artee Fleming, Akron, for defts.

19049—Central Storage Warehouse Co v. H. A. Pickering. Motion to certify; Cuyahoga Appeals. Quigley & Byrnes, J. J. Fuerst and Wm. A. Kane, Cleveland, for plaintiff; Wm. J. Dawley and Jno M. Harris, Cleveland, for deft.

19050—Alva R. Corlett v. A. J. Pearson, and Thad H. Brown, Sec. of State; error to Cuyahoga Appeals. Turney & Sipe and C. W. Collister, Cleveland, for pltf; Cline & Patterson, Cleveland, for defts.

19051—Birchard A. Hayes and The Security Savings Bank & Trust Co. v. Henry C. Taylor; Motion to certify; Lucas Appeals.| Morton C. Seeley, M. A. Hayes and E. P. Buckenmyer, Toledo, for pltf; F. M. Dotson, Toledo, for deft.

19052—John W. Wegman v. Harmon H. Wegman; Motion to certify. Wood Appeals. Thos N. Bierly, Toledo, for pltf.; John S Hayman, Pemberville, and Frank A. Baldwin, Bowling Green, for deft. OA 3 Abs. 000.

19053—Clara Kimpel v. The Cleveland Worsted Mills Co. Motion to certify; Cuyahoga Appeals. Payer, Winch, Minshall & Karch, Cleveland, for pltf; Synder, Henry, Thomsen, Ford & Seagrave Cleveland, for deft.

19054—Dudley Potter and Albert N. Pettys as taxpayers et v. Com Wood Co. Motion to certify; Wood Appeals. N. R. Harrington, Bowling Green, for pltf; Ray D. Avery, Pros. Atty., Bowling Green, for deft.

19055—Robert M. Whitlock, as Exec. A. B. Whitlock v. Pansy Matson. Motion to certify; Hamilton Appeals. Dudley C. Outcalt and Edward H. Jones, Cincinnati, for pltf.

## PROCEEDINGS OF
## SUPREME COURT

### WEEKLY REPORT OF
#### CASES DECIDED
#### TUESDAY, MARCH 31, 1925.
#### MOTION DOCKET

18895—Portsmouth (City), etc., v. Mitchell Mfg Co. Motion by pltf to dispense with printing. Allowed. Doc. 1-5-25, 3 Abs. 18; OS. Pend. 3 Abs. 200.

18945—George W. Kissmyer et v. Alva Hill, Admr., et al. Motion to certify; Warren appeals. Allowed. Dock 2-7-25, 3 Abs. 98.